UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS CARTER,<br><br>                  Plaintiff,<br><br>          v.<br><br>DAVEY, et al.,<br><br>                  Defendants. | 1:16-cv-00365-GSA-PC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER AND FAILURE TO PROSECUTE**<br>**(ECF No. 16.)**<br><br>**FOURTEEN-DAY DEADLINE** |

## I.      BACKGROUND

Marcus Carter ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on March 8, 2016, at the U.S. District Court for the Eastern District of California, Sacramento Division.  (ECF No. 1.)  On March 16, 2016, the case was transferred to the Fresno Division.  (ECF No. 4.)

On March 21, 2016, Plaintiff consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance.  (ECF No. 7.)  Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required.  Local Rule Appendix A(k)(3).

On August 28, 2017, the court screened the First Amended Complaint and issued an order dismissing the First Amended Complaint for failure to state a claim, with leave to amend within thirty days. (ECF No. 16.) The thirty-day deadline has passed, and Plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, if any he has, why this action should not be dismissed for failure to follow a court order and failure to prosecute. Plaintiff must file a response to this order **within fourteen (14) days**. Plaintiff may also comply by filing a response to the August 28, 2017, order.

Failure to follow this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:  **October 18, 2017**  **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE